IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL CARPENTER,<br>Plaintiff, | Civil Action No. 7:05cv00667 |
| v. | **ORDER** |
| SHERIFF OF ROANOKE CITY, et al.,<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that:

1. The City of Roanoke's motion to dismiss is hereby **GRANTED**,

2. The motions to dismiss claims against them in their official capacities are hereby **GRANTED** as to the Sheriff of Roanoke City, Lt. James Ferguson, Sgt. Mike Goins, Deputy Lane Steck, Deputy Sean Slusser, and Deputy Glenn Minnix;

3. The Clerk of the Court is hereby **DIRECTED** to terminate the City of Roanoke and Octavia Johnson as defendants in this cause of action;

4. Defendants George McMillan, Lt. James Ferguson, Sgt. Mike Goins, Deputy Lane Steck, Deputy Sean Slusser, and Deputy Glenn Minnix are hereby **DIRECTED** to file a response on the merits of plaintiff's claims against them in their individual capacities within twenty (20) days of the entry of this order.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and to counsel of record for the defendants.

ENTER: This 12th day of June, 2006.

United States District Judge